[No. 7029-4-II.   Division Two.   January 6, 1986.]

JOHN L. LARSEN, *Respondent,* v. RICHARD E. SHORT,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clallam County, No. 30103, Grant S. Meiner, J., entered May 3, 1983. *Affirmed as modified* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Reed, J.

[No. 7342-1-II.   Division Two.   January 9, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. TYRONE
A. FISHER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-1-00280-8, James I. Maddock, J., entered September 28, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 6511-1-III.   Division Three.   January 9, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD
CALVIN FLOWERS, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry County, No. 7417, Larry M. Kristianson, J., entered May 16, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.

[No. 6512-0-III.   Division Three.   January 9, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
PHILLIP REDMON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83-1-01041-2, John J. Ripple, J., entered April 19, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.